926

No. 417. NATIONAL LABOR RELATIONS BOARD v. SYLVANIA ELECTRIC PRODUCTS, INC. C. A. 1st Cir. Certiorari denied. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Gerard D. Reilly* for respondent.

No. 433. CAMERON IRON WORKS, INC., v. LODGE No. 12, DISTRICT No. 37, INTERNATIONAL ASSOCIATION OF MACHINISTS. C. A. 5th Cir. Certiorari denied. *John Leroy Jeffers* for petitioner. *Plato E. Papps* and *Chris Dixie* for respondent.

No. 440. BORUM v. INDUSTRIAL COMMISSION OF WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied. *Max Raskin* for petitioner. *John W. Reynolds*, Attorney General of Wisconsin, and *Mortimer Levitan*, Assistant Attorney General, for Industrial Comm'n of Wisconsin, and *Alfred E. LaFrance* for American Motors Corp., respondents.

No. 441. WYNGAARD v. KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 442. LEE ET AL. v. KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent.